UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER PAUL BLEAKLEY,

                Plaintiff,

  -v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 10957 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned to issue a Report and Recommendation concerning any forthcoming motion for judgment on the pleadings. (ECF No. 7). The Commissioner of Social Security was served on December 23, 2021. (ECF No. 6). Under Standing Order M10-468, the Commissioner's deadline to file the certified administrative record ("CAR") was 90 days after service, or March 23, 2022. (See ECF No. 4). The Commissioner has not filed the CAR, nor has it requested an extension of the CAR filing deadline. Accordingly, as a courtesy, the Court EXTENDS the CAR filing deadline, nunc pro tunc, to **Friday, April 8, 2022**.

Dated:     New York, New York
             March 28, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**