# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CHRISTOPHER PAUL BLEAKLEY,

                Plaintiff,                                    21 **CIVIL** 10957 (AT)(SLC)

      -v-                                                  **JUDGMENT**

KILOLO KIJAZAKI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated July 20, 2022, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
          July 20, 2022

                                                      **RUBY J. KRAJICK**

                                                            Clerk of Court
                          **BY:**      *K. Mango*
                                                            **Deputy Clerk**